IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM # 4**

IN RE: W.R. Grace & Co. et al

| | | |
|---|---|---|
| **Dodge County Hospital** | ) | |
| | ) | |
| Appellant | ) | Civil Action No.  07-325  RLB |
| v. | ) | |
| | ) | |
| | ) | |
| **W.R. Grace & Co. et al** | ) | |
| Appellee | ) | Bankruptcy Case No. 01-1139 |
| | | AP 07-54 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 4/17/07 was docketed in the District Court on 5/25/07:

> Memorandum Opinion and Order disallowing and expunging 71 claims file by the Law firm of Speights & Runyan

Please place the civil action number and caption listed above on all papers concerning this matter. Rules contained in Part VIII of the Federal Rules of Bankruptcy Procedure apply. **When filing a brief, in addition to the electronically filed document, counsel shall submit to the Clerk's Office of the U.S. District Court a courtesy copy of the brief.**  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

**Appellant's Brief is due 6/14/07**

Peter T. Dalleo
Clerk of Court

Date:   May 25, 2007

To:     U.S. Bankruptcy Court
        Counsel